DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STOK + KON, P.A.,** a Florida Limited Partnership d/b/a **STOK KON + BRAVERMAN,**
Appellant,

v.

**THE CITY OF HALLANDALE BEACH,** a political subdivision of Broward County, Florida, of the State of Florida; **CATHIE SCHANZ,** an individual; **DANIEL ROSEMOND,** an individual; **KEVIN KLOPP,** an individual; **PRH BEACHWALK BEACHCLUB, LLC,** a Florida Limited Liability Company; **PRH-2600 HALLANDALE BEACH, LLC,** a Florida Limited Liability Company; and **THE GREATER DAYTON HOLDING COMPANIES, INC.,** d/b/a **SOUTH FLORIDA PADDLE BOARDS AND WATERSPORTS ASSOCIATION,** a Florida Corporation,
Appellees.

No. 4D21-1569

[May 12, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Frink, Judge; L.T. Case No. 15-13243 CACE (12).

David M. Robbins and Robert A. Stok of Stok Kon + Braverman, Fort Lauderdale, for appellant.

David Casals of Trial Lawyers of Florida, Fort Lauderdale, for appellee The Greater Dayton Holding Companies, Inc., d/b/a South Florida Paddle Boards and Watersports Association, a Florida Corporation.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***